NO. 16-3408

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

*Sherry Bodnar v. Bank of America, NA*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, Docket No. 5:14-cv-03224-EGS

## UNOPPOSED MOTION TO DISMISS APPEAL

Appellant Dawn Weaver request dismissal of this appeal under Federal of Appellant Procedure 42(b) because she no longer desire to pursue it. Costs on appeal should be taxed against the party incurring same.

Dated:　　August 31, 2016

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　By:　　/s/ Christopher A. Bandas
　　　　　　　　　　　　　　Christopher A. Bandas
　　　　　　　　　　　　　　Texas State Bar No. 00787637
　　　　　　　　　　　　　　BANDAS LAW FIRM, P.C.
　　　　　　　　　　　　　　500 N. Shoreline, Ste. 1020
　　　　　　　　　　　　　　Corpus Christi, Texas 78401-0353
　　　　　　　　　　　　　　(361) 698-5200 Telephone
　　　　　　　　　　　　　　(361) 698-5222 Facsimile
　　　　　　　　　　　　　　Email: cbandas@bandaslawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by the using the appellate CM/ECF system on August 31, 2016. Registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Christopher A. Bandas
Christopher A. Bandas